ROBERT LAPUK ET AL. *v.* CHARLES L. BLOUNT ET AL.

The petition by the defendant Greene-Monroe Corporation for certification for appeal from the Appellate Division of the Circuit Court is denied.

*William D. Graham,* in support of the petition.

*Marvin H. Lapuk,* in opposition.

Submitted October 1—decided November 7, 1963

AMERICAN MUTUAL LIABILITY INSURANCE COMPANY
ET AL. *v.* ALFRED N. PREMO, INSURANCE
COMMISSIONER, ET AL.

The motion by the defendants for a ruling on the question whether the appeal from the Superior Court in Hartford County has become moot is denied.

*Joseph P. Cooney,* for the appellants (defendants Aetna Casualty Company et al.).

*Louis Weinstein,* assistant attorney general, with whom, on the brief, was *Harold M. Mulvey,* attorney general, for the appellant (named defendant).

*Frank E. Callahan,* with whom, on the brief, was *John D. Fassett,* for the appellees (plaintiffs).